# EXHIBIT B

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |
|---|---|
| TTB ID<br>17227001000125 | |
| 1. REP. ID. NO. *(If any)* — CT: 649 — OR: 06 | |

## PART I - APPLICATION

| | |
|---|---|
| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>DSP-MI-20048 | 3. SOURCE OF PRODUCT *(Required)*<br>✓ Domestic<br>Imported |
| 4. SERIAL NUMBER *(Required)*<br>17BR01 | 5. TYPE OF PRODUCT *(Required)*<br>WINE<br>✓ DISTILLED SPIRITS<br>MALT BEVERAGE |

8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)*

GRAY SKIES DISTILLERY, LLC
700 NW OTTAWA

GRAND RAPIDS MI 49503

GRAY SKIES (Used on label)

6. BRAND NAME *(Required)*
GRAY SKIES DISTILLERY

7. FANCIFUL NAME *(If any)*
BREAKFAST RYE

8a. MAILING ADDRESS, IF DIFFERENT

| | |
|---|---|
| 9. FORMULA<br>1263063 | 10. GRAPE VARIETAL(S) *(Wine Only)*<br>N/A |
| 11. WINE APPELLATION *(If on label)* | |
| 12. PHONE NUMBER<br>(616) 437-1119 | 13. EMAIL ADDRESS |

14. TYPE OF APPLICATION *(Check applicable box(es))*

a. ✓ CERTIFICATE OF LABEL APPROVAL

b. CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _______ only" (Fill in State abbreviation.)

c. DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ _____ (Fill in amount)

d. RESUBMISSION AFTER REJECTION TTB ID. NO. ______

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 08/15/2017 | (Application was e-filed) | Steve Vander Pol |

## PART III - TTB CERTIFICATE

**This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.**

| 19. DATE ISSUED | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 08/21/2017 | |

| | |
|---|---|
| | (signature) |

| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>OTHER SPECIALTIES & PROPRIETARIES | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)

Actual Dimensions: 2.46 inches W X 4.9 inches H

GRAY SKIES

DISTILLERY

BREAKFAST

RYE

RYE WHISKEY FINISHED

IN BLIS MAPLE SYRUP CASKS

DISTILLED +

HAND-BOTTLED

BY GRAY SKIES

GRAND RAPIDS, MI

43.5% ALC/VOL

750 ML

Image Type:

Back

Actual Dimensions: 3.87 inches W X 5.8 inches H



Image Type:

Other
Actual Dimensions: 3.97 inches W X 0.5 inches H

**GOVERNMENT WARNING: (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.**

Image Type:

Neck
Actual Dimensions: 4.75 inches W X 1.75 inches H




**TTB F 5100.31** (06-2016) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |
|---|---|
| TTB ID<br>17227001000140 | |
| 1. REP. ID. NO. *(If any)* — CT: 649 — OR: 06 | |

## PART I - APPLICATION

| Field | Entry |
|---|---|
| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | DSP-MI-20048 |
| 3. SOURCE OF PRODUCT *(Required)* | ✓ Domestic; ☐ Imported |
| 4. SERIAL NUMBER *(Required)* | 17BR02 |
| 5. TYPE OF PRODUCT *(Required)* | ☐ WINE; ✓ DISTILLED SPIRITS; ☐ MALT BEVERAGE |
| 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)* | GRAY SKIES DISTILLERY, LLC<br>700 NW OTTAWA<br>GRAND RAPIDS MI 49503<br>GRAY SKIES (Used on label) |
| 6. BRAND NAME *(Required)* | GRAY SKIES DISTILLERY |
| 7. FANCIFUL NAME *(If any)* | BREAKFAST RYE |
| 8a. MAILING ADDRESS, IF DIFFERENT | |
| 9. FORMULA | 1263063 |
| 10. GRAPE VARIETAL(S) *(Wine Only)* | N/A |
| 11. WINE APPELLATION *(If on label)* | |
| 12. PHONE NUMBER | (616) 437-1119 |
| 13. EMAIL ADDRESS | |
| 14. TYPE OF APPLICATION *(Check applicable box(es))* | a. ✓ CERTIFICATE OF LABEL APPROVAL<br>b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _______ only" (Fill in State abbreviation.)<br>c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ _____ (Fill in amount)<br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. ______ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 08/15/2017 | (Application was e-filed) | Steve Vander Pol |

## PART III - TTB CERTIFICATE

**This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.**

| 19. DATE ISSUED | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 08/21/2017 | |

| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>OTHER SPECIALTIES & PROPRIETARIES | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front)
Actual Dimensions: 2.46 inches W X 4.9 inches H

GRAY SKIES
DISTILLERY

BREAKFAST
RYE

RYE WHISKEY FINISHED
IN BLIS MAPLE SYRUP CASKS

DISTILLED +
HAND-BOTTLED
BY GRAY SKIES
GRAND RAPIDS, MI

43.5% ALC/VOL
750 ML

Image Type:

Neck
Actual Dimensions: 4.75 inches W X 1.75 inches H




Image Type:

Other

Actual Dimensions: 3.97 inches W X 0.5 inches H

**GOVERNMENT WARNING: (1) ACCORDING TO THE SURGEON GENERAL, WOMEN SHOULD NOT DRINK ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE HEALTH PROBLEMS.**

Image Type:

Back

Actual Dimensions: 3.87 inches W X 5.8 inches H



TTB F 5100.31 (06-2016) PREVIOUS EDITIONS ARE OBSOLETE