# EXHIBIT C

Gray Skies Distillery - Ho ×

Secure | https://www.facebook.com/grayskiesdistillery/photos/pb.1513458275562665.-2207520000.1510939327./1983954831846338/?type=3&theater

Apps The Federal Judiciary Trademarks | USPTO



Gray Skies Distillery's Photos
in Mobile Uploads

**Gray Skies Distillery**
Like This Page · November 10 ·

Something new is coming

Lyn Cannon, Dylan Hall, Erik May and 61 others like this.

Top Comments

**Robert J Blaszak** Will it be in cocktails today?
November 11 at 7:37am

**Gray Skies Distillery** Not that soon! Should be available in early December
1 · November 11 at 8:01am

**Sarah Holloway Manning** Yes!! Can't wait!!
November 11 at 5:23am

**Dave Skerl**




November 11 at 5:30am