WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FEW SPIRITS, LLC

Plaintiff(s),

Case No. 1:17-cv-01031-JTN-ESC

v.

Hon. Janet T. Neff

GRAY SKIES DISTILLERY, LLC

Defendant(s).
_______________________________/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, FEW SPIRITS, LLC (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Few Spirits Holdings, LLC, which is owned by S&S Holdings Luxembourg SARL

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 11/30/2017

/s/ Bruce A. Courtade
(Signature)

Bruce A. Courtade (P41946)
Rhoades McKee PC
Co-Counsel for Plaintiff Few Spirits, LLC
55 Campau Ave. NW, Suite 300
Grand Rapids, MI 49503
(616) 235-3500