UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEW SPIRITS, LLC,

    Plaintiff,

v.

                              Case No. 1:17-cv-1031

GRAY SKIES DISTILLERY, LLC,           HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## ORDER SETTING RULE 16 SCHEDULING CONFERENCE BY TELEPHONE

The Rule 16 conference scheduled for **February 8, 2018 at 11:00 a.m.** will be conducted by telephone. It shall be the responsibility of counsel for Plaintiff to arrange the telephone conference with counsel for Defendant at Plaintiff's expense. When all parties to attend the conference are on the telephone line, the call should be placed to the judge's chambers at telephone number (269) 381-4741. All other provisions of the Court's previous order setting Rule 16 conference remain in effect.

    **IT IS SO ORDERED**.

Dated:  February 6, 2018                          /s/ Paul L. Maloney_____
                                                Paul L. Maloney
                                                United States District Judge