UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEW SPIRITS, LLC,

    Plaintiff,

v.

GRAY SKIES DISTILLERY, LLC,

    Defendant.
_____/

Case No. 1:17-cv-1031

HONORABLE PAUL L. MALONEY

## **ORDER REGARDING CLOSING DOCUMENTS**

This Court having been informed by a telephone call made jointly by counsel for each of the parties of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **April 3, 2018**.

Dated: March 6, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge