**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| FEW SPIRITS, LLC<br><br>　　　　　Plaintiff,<br>　v.<br><br>GRAY SKIES DISTILLERY, LLC<br><br>　　　　　Defendants. | Case No.  1:17-cv-01031<br><br>Hon. Paul L. Maloney |

**STIPULATION OF DISMISSAL**

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, FEW Spirits, LLC, and Defendant, Gray Skies Distillery, LLC, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed in its entirety without prejudice, with each party bearing its own fees and cost.

Dated April 2, 2018

/s/ Bruce A. Courtade
Bruce A. Courtade (P41946)
RHOADES MCKEE PC
55 Campau Ave. NW, Suite 300
Grand Rapids, MI 49503
Telephone: (616) 235-3500
bcourtade@rhoadesmckee.com

Nicholas G. de la Torre (IL#6269612)
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, Illinois 60093
Telephone:(847) 441-9100
Facsimile: (847) 441-0911
ndelatorre@nealmcdevitt.com

*Counsel for Plaintiff
FEW Spirits, LLC*

Respectfully submitted,

/s/ G. Thomas Williams
G. Thomas Williams, Esq. (MI-P53734)
MCGARRY BAIR PC
45 Ottawa Ave. SW, Suite 700
Grand Rapids, Michigan 49503
Telephone: 616.742.3500
Facsimile: 616.742.1010
gtw@mcgarrybair.com

*Counsel for Defendant
Gray Skies Distillery, LLC*